DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC S. STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs

**OFFICE OF THE GENERAL COUNSEL**
**SAN FRANCISCO BAY AREA RAPID**
**TRANSIT DISTRICT**
VICKI R. NUETZEL (SBN 115124)
Email: vnuetze@bart.gov
SAM N. DAWOOD (SBN 178862)
Email: sdawood@bart.gov
300 Lakeside Drive, 23rd Floor
Oakland, California 94612-3534
Tel: (510) 464-6050
Fax: (510) 464-6049
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI BRUNKER, et al., on behalf of herself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Defendant. | Case No. 3:16-cv-03399-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO CONDUCT PRIVATE ADR** |

Pursuant to the Court's August 31, 2016 Order Granting Stipulation re Private ADR (Dkt. No. 28), the parties have a deadline of November 29, 2016 to conduct private ADR. The parties have been working diligently towards informal exchange of information, facilitated notification to putative plaintiffs, and selection of a mediator to ensure a productive mediation session. Mediation is presently scheduled for January 27, 2017 before the Hon. Raul A. Ramirez, Judge

1  Retired.  Accordingly, the parties respectfully request an extension of time to comply with the

2  Court's Order re Private ADR, up to and including February 1, 2017.

3

4  Respectfully submitted,

5  Dated: November 29, 2016          **MASTAGNI HOLSTEDT, APC**

6                                    By: */s/ Ace T. Tate*
                                      DAVID E. MASTAGNI, ESQ.
7                                     ISAAC S. STEVENS, ESQ.
                                      ACE T. TATE, ESQ.
8                                     Attorneys for Plaintiffs

9  Dated: November 29, 2016          **OFFICE OF THE GENERAL COUNSEL
                                      SAN FRANCISCO BAY AREA RAPID
10                                    TRANSIT DISTRICT**

11

12                                    By: */s/ Vicki R. Nuetzel*
                                      VICKI R. NUETZEL, ESQ.
13                                    SAM N. DAWOOD, ESQ.
                                      Attorneys for Defendant

14

15

16                                    **ORDER**

17      PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties may have until

18  February 1, 2017 to conduct private ADR in this matter.

19

20  DATED: November 30, 2016          [signature]
                                      HONORABLE HAYWOOD S. GILLIAM, JR.,
21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28