IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI BRUNKER, on behalf of herself and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | Case 4:16−CV−03399−HSG<br><br>**ORDER REGARDING APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE OF PLAINTIFFS' ACTION**<br><br>**[COLLECTIVE ACTION]** |

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

3. Plaintiffs' Action is hereby dismissed with prejudice. The clerk shall close the file.

Dated: June 2, 2017

                                  HONORABLE HAYWOOD S. GILLIAM, JR.
                                  UNITED STATES DISTRICT COURT JUDGE